UNITED STATES BANKRUPTCY COURT
Northern District of Illinois . Western Division

IN RE:  CHAPTER 13
DAVID B. WAGNER
LINDA M. WAGNER  CASE NO. 14-83528

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:** PennyMac Loan Services LLC       **Court claim #: 3**

**Last four digits** of any number used to identify the debtor's account: 1678

| *Final Cure Amount* | |
|---|---|
| Amount of Prepetition Arrears | $10,000 (Per Confirmed Plan Filed 3/11/15) |
| Amount Paid by Trustee | $10,000 |

| *Monthly ongoing Mortgage Payment* | |
|---|---|
| Mortgage is paid: | |
| ☐  Thru the Chapter 13 Plan | ☒  Direct by Debtor(s) |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  10/04/18                /s/Lydia S. Meyer
                                Lydia S. Meyer, Trustee
                                308 W. State St., Suite 212
                                Rockford, IL  61101

Certificate of Service
I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 4th Day of October, 2018

Dated:  10/04/18                /s/Cynthia K. Burnard

PENNYMAC LOAN SERVICES LLC as servicer
for BANK OF AMERICA NA
PO BOX 660929
DALLAS, TX 75266-0929

BANK OF AMERICA
PO BOX 650070
DALLAS, TX 75265-0070

MICHAEL DIMAND
WIRBICKI LAW GROUP
33 W MONROE ST SUTIE 1140
CHICAGO, IL 60603

PENNYMAC LOAN SERVICES LLC
BANKRUPTCY DEPARTMENT
6101 CONDOR DRIVE SUITE 200
MOORPARK, CA 93021

DAVID B. WAGNER
LINDA M. WAGNER
6144 WALKER AVE.
LOVES PARK, IL 61111

ERIC PRATT LAW FIRM PC
5411 E. STATE STREET, SUITE 202
ROCKFORD, IL 61108